SCCQ-15-0000300

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

PACIFIC RADIATION ONCOLOGY, LLC, a Hawai'i Limited Liability
Corporation, et al., Plaintiffs-Appellants,

vs.

THE QUEEN'S MEDICAL CENTER, a Hawai'i Non-Profit Corporation,
et al., Defendants-Appellees.

_____

CERTIFIED QUESTION FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I
(CIVIL NO. 12-00064 LEK-KSC)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Defendants-Appellees' Motion for
Reconsideration, filed June 23, 2016, and the record herein,

IT IS HEREBY ORDERED the motion is denied.

DATED:  Honolulu, Hawai'i, July 1, 2016.

Paul Alston                     /s/ Mark E. Recktenwald
for Defendants-Appellees
                                /s/ Paula A. Nakayama

                                /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson